IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 DEC -2  P 4: 25

CLERK_____
SO. DIST. OF GA.

MICHAEL DESHAUN WILLIAMS,          )
                                   )
        Plaintiff-Appellant,       )
                                   )
vs.                                )    Case No. CV 6:22-049
                                   )
THE TOMMY AND SHIRLEY              )
STRICKLAND CANCER CENTER           )
INC., et al.,                      )
                                   )
        Defendants-Appellees.      )


O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this ___2nd___ day of December, 2022.


_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA